E-FILED
Wednesday, 30 March, 2022  11:31:43 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

**Danna St John**,

        Plaintiff,

    v.

**Ryan Dallas**,

        Subpoena Recipient.

Case no.

## MOTION TO COMPEL COMPLIANCE
## WITH SUBPOENA TO TESTIFY AT DEPOSITION

Pursuant to Rule 45(d) and (g), Fed. R. Civ. P., Plaintiff Danna St John requests that this court enter an order compelling Ryan Dallas to appear for a remote deposition in compliance with a non-party subpoena issued in connection with *St John v. Keller Williams Realty, Inc.*, Case No. 6:19-cv-01347-PBG-DCI, pending in the United States District Court for the Middle District of Florida.  Mr. Dallas failed to appear for his March 24, 2022 deposition and has not otherwise responded to the subpoena that was served on him on February 10, 2022.

*St John v. Keller Williams Realty* is a putative class action alleging violations of the Telephone Consumer Protection Act based on unsolicited telemarketing calls made on behalf of Keller Williams by Keller Williams real estate agents using specific dialers and leads platforms. Mr. Dallas has unique knowledge regarding a dialer and leads platform that he was involved in the development of and which was sold to Keller Williams, which in turn marketed it to real estate agents who made TCPA violative calls with it.

Mr. Dallas resides and was personally served within this district.

Pursuant to Fed. R. Civ. P. 45, on February 4, 2022, Plaintiff served a notice of subpoena to Ryan Dallas on Keller Williams.  Plaintiff's counsel thereafter had the subpoena served on

Ryan Dallas on February 10, 2022.  The subpoena and affidavit of service are attached hereto as composite Exhibit 1.  In advance of the March 24, 2022 deposition, Plaintiff's counsel provided Mr. Dallas with the Zoom information for the deposition via email and via FedEx at the address at which he was served.

Mr. Dallas failed to appear for the deposition, or otherwise respond to the subpoena.

Mr. Dallas's deposition is clearly relevant to the pending class action, including issues of Keller Williams's vicarious liability, and his appearance in compliance with the subpoena is required by law.  In response to a subpoena, recipients may comply, submit an objection, or move to quash or modify the subpoena. Fed. R. Civ. P. 45(d).  "A nonparty's failure to timely make objections to a Rule 45 subpoena duces tecum generally requires the court to find that any objection, including attorney-client privilege, has been waived." *McCoy v. Southwest Airlines*, 211 F.R.D. 381, 385 (C.D. Cal. 2002); *Abbott v. Kidder, Peabody & Co.*, No. 97 C 3251, 1997 U.S. Dist. LEXIS 8500, at *14 (N.D. Ill. June 12, 1997) (ordering nonparty to appear and give testimony in response to a subpoena pursuant to Rule 45).  To date, Mr. Dallas has not responded or otherwise acknowledged the deposition subpoena.

Plaintiff's counsel attempted to confer with Mr. Dallas prior to filing this subpoena enforcement action. On March 24th, after Mr. Dallas failed to appear for his deposition, Plaintiff's counsel emailed Mr. Dallas seeking to meet and confer. Counsel received no response. On March 29th, Plaintiff's counsel called Mr. Dallas's office, Ryan Dallas Real Estate, at 833-595-7653 and left a voicemail.  Also on March 29th, Plaintiff's counsel called Mr. Dallas's office at 217-351-4900 and left a detailed message with his receptionist, indicating that if counsel did not hear from Mr. Dallas the instant motion would be filed. Counsel received no response.  Mr. Dallas is not represented by counsel to Plaintiff's counsel's knowledge. As Mr. Dallas has been

2

non-responsive, Plaintiff's counsel have been unable to meaningfully meet and confer regarding the subpoena.  A copy of the filed version of this motion will be sent by mail and email to Ryan Dallas.

WHEREFORE, Plaintiff requests that the court grant its motion to compel and order Mr. Dallas to coordinate a date to appear for a remote deposition prior to May 2, 2022, the discovery cut off in the underlying action, and appear for the deposition in compliance with the subpoena, and provide such other relief as is reasonable and just.

March 30, 2022.                          Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via U.S. Postal Service and email to Ryan Dallas at the following address and email address:

Ryan Dallas
4112 C Fieldstone
Champaign, IL 61822

Email: homes@ryandallas.net

/s/ Avi R. Kaufman

3